December 17, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

UWAKWE C. OKO AND VICTORIA I. OKO, Appellants

NO. 14-15-00505-CV                V.

TONY ALI, JUNIOR PROPERTIES, LLC, AND EVERBANK, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 4, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Uwakwe C. Oko and Victoria I. Oko.

We further order this decision certified below for observance.